UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bradley J. Rephen,

Plaintiff and Counter-Defendant,

vs.

Mark Pitzele,

Defendant and Counter-Plaintiff,

vs.

Law Offices of Bradley J. Rephen, P.C.,

Third Party Defendant.

Court File No.: 0:06-cv-155 DSD/JJG

**MOTION TO DISQUALIFY COUNSEL**

Plaintiff, Bradley J. Rephen, hereby moves for an order disqualifying the law firm of McGuire Woods from any involvement in this matter, and for an order of the Court requiring the law firm of McGuire Woods to retrieve any and all information that it has provided, in any form, to co-counsel, or subsequent counsel on this case.

This motion is made pursuant to the accompanying memorandum, Affidavit of Bradley J. Rephen, and all matters of record before this Court.

Dated this 28th day of February, 2006

**SORTLAND LAW OFFICE**

**s/ Paul A. Sortland**

**Paul A. Sortland, #103573**
120 South Sixth Street, Suite 1510
Minneapolis, Minnesota 55402-1817
(612) 375-0400

**ATTORNEY FOR PLAINTIFF AND COUNTER-DEFENDANT**